UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Estate of Jim Lamont Irving, by and through its Administrator Phung H. Jefferson, Esq.,

Plaintiff

v.

Metropolitan Life Insurance Company, et al.,

Defendants

Case No. 2:26-cv-02641-CDS-BNW

**Order Transferring Case**

Defendant Jimmie Irving filed a notice asserting that this case is related to *Estate of Jim Lamont Irving, Deceased v. Metropolitan Life Insurance Company*, Case No. 2:25-cv-00304-APG-DJA. ECF No. 6. Based on the representations therein, both actions involve the same parties, arise from the same or similar claims, and present similar questions of fact and law. Thus, assignment of both actions to the same district judge is likely to result in substantial savings of judicial effort. *See* LR 42-1(a)(1), (3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in substantial savings of judicial effort and reduce the duplication of labor. Fed. R. Civ. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:26-cv-02641-CDS-BNW to the judge to whom the earliest-filed action is assigned for all further proceedings.

IT IS HEREBY ORDERED that the Clerk of Court is kindly instructed to transfer Case No. 2:26-cv-02641-CDS-BNW to Chief U.S. District Judge Andrew P. Gordon.

Dated: September 4, 2026

Cristina D. Silva
United States District Judge