**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF JIM LAMONG IRVING, by and through its Administrator Phung H. Jefferson, Esq.,<br><br>Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>Defendants | Case No.: 2:26-cv-02641-APG-BNW<br><br>**Order** |

Defendant Metropolitan Life Insurance Company removed this action from state court. ECF No. 1. Under 28 U.S.C. § 1446(a), a removing defendant must attach to the notice of removal "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." Metropolitan Life did not attach to its notice of removal any filings from the state court action, including the complaint.

I THEREFORE ORDER that by September 18, 2026, defendant Metropolitan Life Insurance Company shall file a supplement to its removal petition providing a copy of all process, pleadings, and orders served upon it in the state court action.

DATED this 8th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE